MYRON WINTERS, Appellant, v. NORTH KENSINGTON REFINERY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOHN PUHAR, Respondent, v. COMPLETE CRANE RENTAL CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

IVOR B. CLARK, INC., Appellant, v. SIXTH AVE. AND 57TH STREET CORP., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

IRENE TARTILOFF, as Administratrix, etc., of ALEXANDER TARTILOFF, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WALTER L. HAARMANN, Respondent, v. RUBEL CORPORATION, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied. (See Karpas v. Bandler, 218 App. Div. 418.) Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WALTER L. HAARMANN, Respondent, v. RUBEL CORPORATION, Appellant.— Order entered October 27, 1938, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JONAS E. LEVY, Respondent, v. WILLIAM P. WIENER, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $6,685.01, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## FIRST DEPARTMENT, FEBRUARY, 1939.
### (February 10, 1939.)

In the Matter of the Application of C. ITOH & Co., LTD., for an Order of Prohibition against THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, and Others.█— Motion denied in the exercise of discretion, and without prejudice to an application to resettle the order of this court entered on the 27th day of January, 1939, with respect to an extension of time to answer. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See Marcus v. Itoh & Co., Ltd., 255 App. Div. 947; 256 id. 817.]

### (February 24, 1939.)

In the Matter of the Application of LANCELOT M. BERKELEY, as Executor and Trustee, etc., of FLORA H. MACIVOR, Deceased, against CHARLES B. McLAUGHLIN, JR., and the Hon. JOHN E. McGEEHAN, Justice.*— Motion denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [Motion directed against case of Epstein v. Berkeley and Others.— Re Wildman.] (See, also, Epstein v. Berkeley, ante, p. 909.)